UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAVIGATOR ACQUISITION CORP.,

               Plaintiff,

      - against -

MGID GROUP HOLDING LIMITED,

              Defendant.

---

25-CV-5507 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference on **September 18, 2025, at 12:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
            September 9, 2025

                                                            _____
                                                               John G. Koeltl
                                                 United States District Judge