```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

NAVIGATOR ACQUISITION CORP.,

                Plaintiff,

- against -

MGID GROUP HOLDING LIMITED,

                Defendant.

25-cv-5507 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

As discussed at the telephone conference held today, the defendant may answer or respond to the plaintiff's complaint, including by moving to compel arbitration, on or before **October 31, 2025**. The plaintiff should respond to any motion by **November 17, 2025**. The defendant may reply by **December 1, 2025**.

SO ORDERED.

Dated:    New York, New York
            September 18, 2025

                                              /s/ John G. Koeltl
                                                John G. Koeltl
                                        United States District Judge