UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NAVIGATOR ACQUISITION CORP.,
                      Plaintiff(s)

                25 civ 5507 (JGK)

      -against-

MGID GROUP HOLDINGS, LIMITED, et al.,
                      Defendant(s).
-----------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, October 21, 2025, at 12:00pm, is canceled.

**SO ORDERED.**

*[signature]*

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 15, 2025